```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF TEXAS
                            FORT WORTH DIVISION
```

PRESTON EDWARD BROWN Jr.,         §
    Petitioner,               §
VS.                               §   CIVIL ACTION NO.4:07-CV-356-Y
                                  §
NATHANIEL QUARTERMAN,             §
Director, T.D.C.J.                §
Correctional Institutions Div.,   §
    Respondent.               §

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

In this action brought by petitioner Preston Edward Brown Jr. under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on July 18, 2007; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on August 6, 2007.

The Court, after <u>de novo</u> review, concludes that Petitioner's objections must be overruled, and that the petition for writ of habeas corpus should be dismissed for the reasons stated in the magistrate judge's findings and conclusions.[1]

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Petitioner Preston Edward Brown Jr.'s petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE to his right to file

---

[1] Brown has also filed an instrument entitled an "Application for Bail." As the Court had determined it does not have jurisdiction, it will not reach the merits of such application.

a motion in the United States Court of Appeals for the Fifth Circuit for leave to file a successive petition.

SIGNED August 6, 2007.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE